UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BRADLEY<br>      Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| DAVID G. MASSAD, COMMERCE BANK<br>AND TRUST COMPANY, MARCELLO<br>MALLEGNI, BRENDA L MALLEGNI<br>MICHAEL J. NORRIS, JANE M. NORRIS<br>LBM FINANCIAL, LLC<br>SUSAN ALDEN, STONE SERVICES INC.,<br>DAVID KOZIAK, DAVID J. MANDARA<br>WOLFPEN FINANCIAL, LLC,<br>WILLIAM A. DEPIETRI, SAMUEL DESIMONE,<br>JOHN DESIMONE, CATHY DESIMONE,<br>SANTO ARCURI, KEVIN B. MCMANUS,<br>EVEREST CONSTRUCTION INC., and<br>MKM SITE DEVELOPMENT CORP.<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-40125-FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

Now comes the plaintiff, Robert Bradley, pursuant to Federal Rule of Civil Procedure 41(a)(1) and stipulates that all claims and causes of action against the defendants, John DeSimone and Cathy DeSimone be dismissed with prejudice and without costs and each party waiving the rights to appeal.

| | |
|---|---|
| ROBERT BRADLEY,<br>By his attorney<br><br>_/s/ Ronald W. Dunbar_<br>Ronald W. Dunbar, Jr.  BBO# 567023<br>Dunbar Law, P.C.<br>10 High Street, Suite 700<br>Boston, MA 02110<br>(617) 244-3550 | JOHN DeSIMONE and CATHY DeSIMONE,<br>By their attorney<br><br>_/s/ Paul E. Mitchell_<br>Paul E. Mitchell, BBO# 550491<br>Mitchell & DeSimone<br>101 Arch Street<br>Boston, MA 02110<br>(617) 737-8300 |

STONE SERVICES, INC.,
By its attorney


_____/s/ Evans J. Carter_____
Evans J. Carter
Evans J. Carter, P.C.
860 Worcester Rd., 2nd Floor
P.O. Box 812
Framingham, MA 01701
(508) 875-1669


MARCELLO MALLEGNI,
By its attorney


_____/s/ Evans J. Carter_____
Evans J. Carter
Evans J. Carter, P.C.
860 Worcester Rd., 2nd Floor
P.O. Box 812
Framingham, MA 01701
(508) 875-1669


MICHAEL J. NORRIS,
By its attorneys


_____/s/ Robert A. McCall_____
Robert A. McCall
Peabody & Arnold, LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 92119
(617) 951-2125


WOLFPEN FINANCIAL, LLC,
By its attorney


_____/s/ Evans J. Carter_____
Evans J. Carter
Evans J. Carter, P.C.
860 Worcester Rd., 2nd Floor
P.O. Box 812
Framingham, MA 01701
(508) 875-1669


WILLIAM A. DEPIETRI
By its attorneys,


_____/s/ John A. Mavricos_____
John A. Mavricos
Erik D. Scheinfeldt
Christopher, Hays, Wojcik & Mavricos
370 Main Street
Worcester, MA 01608
(508) 792-2800


SAMUEL DESIMONE,
By its attorney


_____/s/ James D. O'Brien, Jr._____
James D. O'Brien, Jr.
Mountain, Dearborn & Whiting, LLP
370 Main Street, Ste. 800
Worcester, MA 01608

DAVID J. MANDARA,
By its attorney

_____
David H. Rich
Todd & Weld
28 State Street, 31st Floor
Boston, MA 02109

LBM FINANCIAL, LLC,
By its attorney

_____
Evans J. Carter
Evans J. Carter, P.C.
860 Worcester Rd., 2nd Floor
P.O. Box 812
Framingham, MA 01701
(508) 875-1669

DAVID G. MASSAD,
By its attorney

_____
David H. Rich
Todd & Weld
28 State Street, 31st Floor
Boston, MA 02109

HEIDI NORRIS,
By her attorney

_____
Evan M. Fray-Witzer
Law Office of Evan Fray-Witzer
45 Bromfield Street
Suite 200
Boston, MA 02108
617-723-5630

Dated: December 10, 2009