UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERNARD J. LAVERTY, JR.,<br><br>    Plaintiff<br><br>v.<br><br>DAVID G. MASSAD, DAVID MANDARA, MARCELLO MALLEGNI, BRENDA L. MALLEGNI, SUSAN ALDEN, DAVID KOZIK, MICHAEL NORRIS, JANE NORRIS, HEIDI NORRIS, WILLIAM DEPIETRI, COMMERCE BANK AND TRUST COMPANY, LBM FINANCIAL LLC, WOLFPEN FINANCIAL LLC, and STONE SERVICES, INC.,<br><br>    Defendants | Civil Action<br>No. 4:08 CV 40126 FDS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), all parties, by their attorneys, hereby stipulate and agree that this action shall be, and hereby is, dismissed with prejudice and without settlement payment, costs or attorneys' fees. Each party waives all rights of appeal in connection with this matter.

Respectfully submitted,

BERNARD LAVERTY,

By His Attorney,


 /s/ Ronald W. Dunbar, Jr.
Ronald W. Dunbar, Jr. (BBO #567023)
Dunbar Law PC
10 High Street, Suite 700
Boston MA 02110
617-244-3550

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| MICHAEL J. NORRIS | DAVID G. MASSAD and DAVID MANDARA |
| By his counsel, | By their counsel, |
| /s/ Robert A. McCall | /s/ David H. Rich |
| Robert A. McCall (BBO #552682) | David H. Rich (BBO #634275) |
| Peabody & Arnold LLP | Todd & Weld LLP |
| Federal Reserve Plaza | 28 State Street, 31st Floor |
| 600 Atlantic Avenue | Boston, MA 02109 |
| Boston, MA 02210 | Ph: (617) 720-2626 |
| Ph: (617) 951-2000 | Fx: (617) 227-5777 |
| Fx: (617) 235-3534 | drich@toddweld.com |
| rmccall@peabodyarnold.com | |

Respectfully submitted,

LBM FINANCIAL, MARCELLO MALLEGNI,
BRENDA MALLEGNI, DAVID KOZIAK, WOLFPEN FINANCIAL, LLC, SUSAN ALDEN and STONE SERVICES, INC.

By their counsel,

  /s/ Evans Carter
Evans J. Carter (BBO #076560)
Evans J. Carter, PC
860 Worcester Road, Second Floor
P.O. Box 812
Framingham, MA 01701
Ph: (508) 875-1669
Fx: (508) 875-1449
Ejcatty1@verizon.net


Dated:  March 3, 2010

## **CERTIFICATE OF SERVICE**

    I, Ronald W. Dunbar, Jr, Esquire hereby certify that on this date, March 3, 2010, I served the foregoing by causing a copy of same to be delivered by a true copy thereof, postage prepaid or by electronic notification where indicated, to all attorneys of record in this matter.

                                                 /s/ Ronald W. Dunbar, Jr